IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KELLIE MALLAM, and CHRIS MALLAM,

Plaintiffs,

vs.

MID-CENTURY               INSURANCE
COMPANY, a California Corporation,
a/k/a Farmers Insurance Company, a/k/a
Farmers Insurance Exchange;

Defendant.

8:23CV150

ORDER

Plaintiffs have moved to change the place of trial to Lincoln, Nebraska.
(Filing No. 8). Defendant has not responded to the motion and the deadline for
doing so has passed. The motion is deemed unopposed.

Based on the information in the motion, this case was removed to federal
court from the Lancaster County District Court in Lincoln, Nebraska. Plaintiffs
reside in Lincoln, Nebraska, and the motor vehicle accident at issue occurred in
Lincoln, Nebraska. Witnesses, including Plaintiffs' medical providers, are in
Lincoln, Nebraska. The office of Plaintiffs' counsel is in Lincoln, Nebraska. While
defense counsel is officed in Omaha, Nebraska, that is the only known
connection to Omaha for this case. Therefore, Plaintiffs' motion to move the
place of trial to Lincoln, Nebraska will be granted for the "convenience of the
litigants, witnesses, and attorneys." NECivR40.1(b)(1).

Accordingly,

IT IS ORDERED that Plaintiffs' unopposed motion, (Filing No. 8), is hereby granted, and the place of trial for this case is Lincoln, Nebraska.

Dated this 15th day of May, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge